Order issued October 3 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00193-CV

**MICHAEL MILLER, Appellant**

V.

**KARL CARTER AND CLIFFORD CARTER, INDIVIDUALLY AND D/B/A CLIFFORD CARTER CONSTRUCTION, Appellees**

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

_____
JIM MOSELEY
JUSTICE